JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LISA G. M.,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

NO. ED CV 22-2142-E

JUDGMENT

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative proceedings consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: 8/25, 2023.

~~FERNANDO L. AENLLE-ROCHA~~
~~UNITED STATES DISTRICT JUDGE~~

Charles F. Eick
United States Magistrate Judge

3