LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

## U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| LISA G. MARTINEZ, ) | No: 5:22-cv-02142 E |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting ) Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND SIX HUNDRED NINTY-ONE DOLLLARS AND 34/100 ($6,691.34) and zero costs ($0.00), subject to the terms of the stipulation.

    DATE: __10/17/23__      _____/S/ CHARLES F. EICK_____

                                HON. CHARLES F. EICK
                                UNITED STATES MAGISTRATE JUDGE